AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 16 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

United States of America )
v. )
John Christopher Simmons )
) Case No: 4:06CR00023-001
) USM No: 12539-084
Date of Previous Judgment: August 6, 2007 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____111_____ months **is reduced to** _____101 months_____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____23_____   Amended Offense Level: _____21_____
Criminal History Category: _____II_____   Criminal History Category: _____II_____
Previous Guideline Range: __51__ to __63__ months   Amended Guideline Range: __41__ to __51__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant's amended sentence is reduced to 41 months for the drug conviction. The 60 month consecutive sentence for the 924 (c) count is still in effect.

Except as provided above, all provisions of the judgment dated __8/6/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __6-16-08__

Judge's signature

Effective Date: _____
(if different from order date)

Jackson L. Kiser, Senior United States District Judge
Printed name and title